So Ordered.

Dated: August 14, 2023



G. Michael Halfenger
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:
Robert Thomas Fowler,
    Debtor.

Chapter 7
Case No. 23-22816-GMH

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

    U.S. Bank Trust National Association, as Trustee of the FW Series I Trust (The "Movant") filed a motion for relief from stay to foreclose on the Debtor's property located at 12226 West Washington St., West Allis, WI 53214 (the "Property"). No objections were filed. The facts recited in the motion show that there is no equity in the Property, the Movant's interest in the Property is not adequately protected, or other cause exists for granting the Movant's request for relief from the stay and abandonment.

    IT IS THEREFORE ORDERED: the stay of 11 U.S.C. § 362 is modified to permit the Movant to exercise its rights and remedies with respect to the Property under its loan documents and applicable nonbankruptcy law;

    IT IS FURTHER ORDERED: all other relief requested in the motion is denied; and

IT IS FURTHER ORDERED: this Order is effective immediately and is not stayed for 14 days pursuant to Bankruptcy Rule 4001(a)(3).

#####